UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER CORBIN and RICH SERONICK, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARC SALKOVITZ, PAM SALKOVITZ, and HILCO MERCHANT RESOURCES, LLC, <br><br> Defendants. | Civil Action <br> No. 1:23-cv-12807-IT |

## DECLARATION OF MARJORIE KAUFMAN

1. Beginning in January 2021 and ending on July 7, 2023, I was the Chief Financial Officer of Christmas Tree Shops, LLC ("CTS").

2. On May 5, 2023, CTS and its affiliated companies filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, jointly administered as In re Christmas Tree Shops, LLC, Chapter 11 Case No. 23-10576-TMH.

3. On or about July 7, 2023, the secured creditors of CTS ("the Secured Parties") exercised their rights to force CTS to conduct going out of business sales (the "GOB Sales") at its various retail outlets to liquidate CTS inventory so that the net proceeds could be paid to the Secured Parties. The GOB Sales ended on August 12, 2023.

4.      The final payroll record of CTS show that at the time the GOB Sales ended on August 12, 2023, there were a total of 454 individuals employed across all CTS locations in Massachusetts (hereinafter "Massachusetts-Based CTS Employees").

5.      Of those 454 Massachusetts-Based CTS Employees, 420 (or 92.5% of Massachusetts CTS Employees) had residential address in Massachusetts.

6.      327 of the 456 Massachusetts-Based CTS Employees were scheduled to have state income tax withheld from their final paycheck; those state income taxes were to be paid to Massachusetts, Connecticut, Rhode Island and in one case, South Carolina. 129 of the 456 Massachusetts-Based CTS Employees were not scheduled to pay any state income tax in their final paycheck, because their final paycheck was so low (many were $0.00) that it did not require the payment of income tax.

7.      Of the 327 Massachusetts-Based CTS Employees who were scheduled to have state income tax withheld from their final paycheck, 303 (or 92.66% of tax-paying Massachusetts CTS Employees) of those Massachusetts CTS Employees were scheduled to have withholdings for Massachusetts state income taxes.

I hereby declare under the pains and penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

*Marjorie Kaufman*
Marjorie Kaufman

Dated: December 18, 2023